**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 20−03521−hb                                  Chapter: 7

**In re:**
Christian Supply Shoppe, Inc.
dba Christian Supply

| Entered By The Court 4/24/23 | FINAL DECREE, DISCHARGING TRUSTEE AND CLOSING CASE | **Filed By The Court** 4/24/23 L. Jefferson Davis, IV Clerk of Court US Bankruptcy Court |

The estate of the above−named debtor(s) has been fully administered. Therefore,

*John K Fort* is discharged as trustee of the estate and the Chapter 7 case of the above named−debtor(s) is closed.

**IT IS SO ORDERED.**

Helen E. Burris
Chief United States Bankruptcy Judge